**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 11 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JODIANN LEWIS, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

CONVERGENT OUTSOURCING, INC.

Defendant.

Case No. 1:17-cv-05701-WFK-CLP

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Brooklyn, New York
        January 10, 2018

Respectfully submitted,

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12 Floor
Brooklyn, New York 11201
Phone:   (917) 299-6612
Facsimile: (718) 425-8954
*Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED)         ___ denied.
        s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: January 10, 2018
        Brooklyn, New York